IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01574-PAB-MJW

GEORGE R. GREEN,

Plaintiff,

v.

HUMANA HEALTH PLAN, INC. and
HUMANA INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendants' Unopposed Motion for Protective Order (docket no. 27) is GRANTED finding good cause shown. The written Protective Order (docket no. 27-1) is APPROVED as amended in paragraphs 13 and 15 and made an Order of Court.

Date: August 25, 2014