IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01574-PAB-MJW

GEORGE R. GREEN,

Plaintiff,

v.

HUMANA HEALTH PLAN, INC. and
HUMANA INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      Shortly before noon today, the parties contacted Magistrate Judge Watanabe's chambers and reported (1) that the parties have settled this case, and (2) that this afternoon's motions hearing is therefore no longer necessary. In light of the foregoing, it is hereby ORDERED that:

- The Telephonic Motions Hearing set for Tuesday, October 7, 2014, at 3:00 p.m. is VACATED;

- Plaintiff's Motion for a Protective Order (Docket No. 33) is DENIED AS MOOT;

- Defendant's Motion for Protective Order (Docket No. 41) is DENIED AS MOOT; and

- The parties shall file dismissal papers within 30 days.

Date: October 7, 2014